IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDNA N. ZULUETA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-998 |
| | ) | |
| | ) | JUDGE HAYNES |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for reconsideration (Docket Entry Nos. 18, 20) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 7th day of April, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge